UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
EARL SHERWOOD,               )
                             )
                             )
          Plaintiff,         )
                             )     CV F 01-6389 OWW LJO
     v.                      )
                             )     ORDER DISMISSING ACTION
AMERICAN HOME PRODUCTS       )     FOR LACK OF PROSECUTION
                             )
                             )
          Defendant.         )
                             )
                             )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: August 4, 2005                    /s/ OLIVER W. WANGER
                                         _____
                                         OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE

1